**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 2, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   14-2030,   Humphreys & Partners Architect v. Lessard Design, Incorporated
1:13-cv-00433-TSE-TCB

TO:   Patrick Andrew Zummo
Jennifer Loraine Swize
Walter Dekalb Kelley

BRIEF OR APPENDIX CORRECTION DUE:  December 12, 2014

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[XX] Copies of statutes, rules, regulations, and unpublished dispositions may be included in an addendum at the end of the brief.  If counsel wishes to supplement the brief with any other matters, the additional material must be presented to the court under separate cover, accompanied by a motion to file the material as an attachment to the brief.  Counsel may also file a motion to file supplemental appendix accompanied by the supplemental appendix.

Cathy Poulsen, Deputy Clerk
804-916-2704